**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GRUMPY CAT LIMITED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE INDIVIDUALS, CORPORATIONS, ) <br> LIMITED LIABILITY COMPANIES, ) <br> PARTNERSHIPS AND UNINCORPORATED ) <br> ASSOCIATIONS IDENTIFIED ) <br> ON SCHEDULE A HERETO, ) <br> ) <br> Defendants. ) | Case No.: 20-cv-7245 <br><br> Hon. Steven C. Seeger |

## **STATEMENT**

Pursuant to the Court's Order of February 3, 2021 [Dkt. No. 44], Plaintiff submits accompanying Exhibit A which identifies, by Defendant, the accounts that have been frozen/restrained in this matter and the funds frozen in each account.

Plaintiff respectfully requests leave to file Exhibit A under seal in view of the confidential business/financial information relating to Defendants included therein.

Respectfully submitted,

Dated: February 12, 2021      By:     s/Michael A. Hierl_____
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com

Attorneys for Plaintiff
GRUMPY CAT LIMITED

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Statement was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on February 12, 2021.

      s/Michael A. Hierl

**CERTIFICATE OF PROOFREADING**

      Undersigned counsel have carefully and personally read the foregoing Statement and given it a close proofread.  To the best of our ability, the filing does not contain any typographical errors, formatting problems, or other mistakes or inaccuracies.

      s/Michael A. Hierl

      s/William B. Kalbac