## EXHIBIT A

| Def. No. | Amazon.com Account Name Defendant Seller/Alias | Frozen Balance |
|---|---|---|
| 1 | LRahigh | $8,747.11 |
| 2 | OUBEY | $4,042.90 |
| 3 | HeKuaFanJianZhuCaiLiaoYouXianGongSi | $1,682.02 |
| 4 | Li Tian Zhao | $697.51 |
| 5 | Li Wei 514562 | $1,584.73 |
| 6 | Li Zhan Guo | $0.00 |
| 7 | Li Zhi Zhong | $404.95 |
| 8 | liangdafa | $211.16 |
| 9 | lianghaogoog | $0.00 |
| 10 | liangwenzhen | $843.47 |
| 11 | LIAOSHAO | $1,548.60 |
| 12 | Liaoxi Terracotta Art Inheritance Industry in Liaoning Province | $244.02 |
| 13 | Liberated 4 Ever | $0.00 |
| 14 | lichengjutoukuajing | $2,156.46 |
| 15 | lichengqushaocongcongfuzhuangdian | $113.44 |
| 16 | lidbgpan | $65.61 |
| 17 | lidianjiaUS | $2,431.16 |
| 18 | LIFANM | $736.73 |
| 19 | Lihan E-Commerce | $3,268.06 |
| 20 | LIHUIXIAN | $505.57 |
| 21 | LIKElinywen | $0.00 |
| 22 | LILILOVE-SHOP | $4,246.27 |
| 23 | LILIPH | $0.00 |
| 24 | Lillian Peter | $3,724.39 |
| 25 | lin bo | $0.00 |
| 26 | linaen | $235.75 |
| 27 | Linda's Graphics | $3,759.58 |
| 28 | Linetyoaes-Store | $453.65 |
| 29 | LINGMAOSEEE | $0.00 |
| 30 | LINGSY | $203.80 |
| 31 | Linqiang | $267.30 |
| 32 | LINXIAMINopen | $0.00 |
| 33 | linyishilanss | $1,873.65 |
| 34 | LINYWENgood | $0.00 |
| 35 | Lionpapa | $292.01 |
| 36 | litianLuo | $5,922.79 |
| 37 | Liu Jia Ling | $808.85 |
| 38 | Liu Ting Chao1 | $0.00 |
| 39 | liudainc | $0.00 |
| 40 | liudongjie19911 | $162.87 |

| | | |
|---|---|---|
| 41 | liuKen | $1,247.26 |
| 42 | LIULIQIU | $2,052.24 |
| 43 | LIUXINF | $47.60 |
| 44 | liuxinxiang1989 | $1,632.79 |
| 45 | liuyanlin | $3,405.71 |
| 46 | lixiangyu | $4,310.74 |
| 47 | liyafei | $270.72 |
| 48 | liyaowei | $1,420.86 |
| 49 | Liyo-Trade | $439.73 |
| 50 | LIYUYIN | $856.70 |
| 51 | LIZHEL | $1,374.28 |
| 52 | ljhmarry | $2,861.27 |
| 53 | LKAIZHA | $753.92 |
| 54 | LMFLY | $1.81 |
| 55 | Locacus | $923.10 |
| 56 | lodekjfhhye | $14.65 |
| 57 | Lohebhuic | $523.62 |
| 58 | Lois C Amador | $376.32 |
| 59 | Longbuyer | $1,301.96 |
| 60 | longli 21 | $0.00 |
| 61 | longshaquyiniuxingbaihuoshangdian | $431.50 |
| 62 | long-withering | $343.76 |
| 63 | LONKSWX | $937.37 |
| 64 | LOOE NBE | $0.00 |
| 65 | Lorvies | $8,596.50 |
| 66 | LOSUMIGE DESIGN | $2,191.97 |
| 67 | LOUIS MARSDEN | $47.58 |
| 68 | Louise Anderson | $5,993.58 |
| 69 | Love you once | $510.41 |
| 70 | lovehomes | $840.32 |
| 71 | LOVEZIE | $4,405.30 |
| 72 | LR BEFAY | $1,921.51 |
| 73 | LSXJAHD | $133.41 |
| 74 | LSYSXZDZSWYX | $910.62 |
| 75 | ltgyth | $0.00 |
| 76 | LTRENDY-US | $2,960.15 |
| 77 | Lucky1 | $528.77 |
| 78 | Luckyangels | $107.40 |
| 79 | Lucy Delia | $0.00 |
| 80 | lufeilong | $569.42 |
| 81 | luhangguanggao | $4,702.26 |

| 82 | LuLu Life House | $706.84 |
|---|---|---|
| 83 | Luncus | $577.27 |
| 84 | Luo Ru Le | $527.31 |
| 85 | Luokefeili(Xiamen)Trading co.,ltd | $0.00 |
| 86 | luoxiaoming | $8,095.88 |
| 87 | Lutherhous | $1,465.68 |
| 88 | luvolux | $4.87 |
| 89 | LuWeiHaiShen | $1,977.43 |
| 90 | LUXA BAYKO | $2,328.58 |
| 91 | luyuhui | $194.29 |
| 92 | lv chen xiang | $569.43 |
| 93 | LWEIBI | $1,092.54 |
| 94 | lx-black- watermelon store | $2,049.79 |
| 95 | LXIAOL | $138.77 |
| 96 | Lxyh | $0.00 |
| 97 | LYBZS | $2,943.37 |
| 98 | Lyheller | $6,974.05 |
| 99 | LZHOFA | $3,616.39 |
| 100 | Macheep | $562.91 |
| 101 | MADDISON CLARKE | $2,430.05 |
| 102 | Mademai | $5,209.85 |
| 103 | Magic in the Water | $1,450.77 |
| 104 | Magic Venus | $4,617.75 |
| 105 | Magnve | $1,148.87 |
| 106 | MAGO. | $997.18 |
| 107 | Mailema Store | $154.91 |
| 108 | Make progress every day | $765.85 |
| 109 | MAMEIL | $0.00 |
| 110 | Manduo E | $0.00 |
| 111 | maohengshangmao | $4,359.23 |
| 112 | MaoLong | $359.74 |
| 113 | maopao | $1,982.84 |
| 114 | Marble-Art | $847.79 |
| 115 | Marfvin | $184.11 |
| 116 | Maria Gaskill | $293.02 |
| 117 | Marissa Thomas | $6,531.64 |
| 118 | MarissaGPinkham | $245.38 |
| 119 | mark mark | $2,033.79 |
| 120 | Marteylink | $785.25 |
| 121 | MARTHLORES | $445.77 |
| 122 | Mary R Grant | $273.76 |

| | | |
|---|---|---|
| 123 | MASON ARCHER | $4,765.90 |
| 124 | MASUIH | $125.40 |
| 125 | Matrix King | $3,741.94 |
| 126 | MatsuriStore | $2,219.89 |
| 127 | MAutumn | $0.00 |
| 128 | Max&Mori | $22,611.18 |
| 129 | Maxine J Berkey | $0.00 |
| 130 | MaXuewen | $30.07 |
| 131 | MDPOEG | $5,901.16 |
| 132 | Meadomns | $10,539.09 |
| 133 | Mecai | $3,615.25 |
| 134 | medieval | $24.88 |
| 135 | MeiDuW LOVLY | $98.66 |
| 136 | Meiliwanju | $1,098.36 |
| 137 | meixinyuan | $2,216.71 |
| 138 | MeiZhouShiMeiXianQuZhaiXiangMeiShiDian | $643.54 |
| 139 | MELISSA NORTON | $467.29 |
| 140 | MENG LING | $358.06 |
| 141 | MengYinCheZhiAnQiCheMaoYiYouXianGongSi | $0.00 |
| 142 | Miao Yi | $315.87 |
| 143 | MiaoMeiMaoYi | $500.53 |
| 144 | Miaoshuyu | $146.91 |
| 145 | MichaelJAmbrosino | $2,762.45 |
| 146 | midouwangluokeji | $0.00 |
| 147 | mififthday | $7,502.41 |
| 148 | MIFSOIAVV | $3,216.00 |
| 149 | MIGAGA | $774.39 |
| 150 | MiiyarHome | $472.04 |
| 151 | MiMosa Elves | $1,629.83 |
| 152 | Minalo | $1,163.63 |
| 153 | ming cheng tian jin | $11.66 |
| 154 | mingzhushanmao | $231.20 |
| 155 | MinQuan | $542.12 |
| 156 | MirandaHopeGift | $13,695.32 |
| 157 | miyinle | $1,166.51 |
| 158 | MKOK | $0.00 |
| 159 | MOASTORY | $1,920.34 |
| 160 | MOBEITI | $2,725.98 |
| 161 | moertaikeis | $7,212.52 |
| 162 | Moira Carey | $13,674.39 |
| 163 | Mokale | $792.66 |

| | | |
|---|---|---|
| 164 | Molina-Co | $579.13 |
| 165 | Molly Flower | $1,969.29 |
| 166 | MoMoka-Stylelife | $4,293.01 |
| 167 | Monica-Studio | $1,271.38 |
| 168 | Monroda | $2,927.25 |
| 169 | MOOZUU | $299.16 |
| 170 | Mosadrafeng | $0.00 |
| 171 | MOTINE | $2,017.87 |
| 172 | Mozenou | $3,608.79 |
| 173 | MRss | $197.55 |
| 174 | MulanBrave | $1,662.05 |
| 175 | MUSEDAY | $1,110.95 |
| 176 | mxsksdslds | $1,188.08 |
| 177 | MyHeartWillGoOn | $0.00 |
| 178 | myloves | $479.83 |
| 179 | NAINpro | $3,524.64 |
| 180 | Nami Lovely | $11,236.60 |
| 181 | nanjingshunweirendianzishangwuyouxiangongsi | $66.66 |
| 182 | nanjingteqingshangmaoyouxiangongsi | $1,249.26 |
| 183 | Nanningjihongkunshangmaoyouxiangongsi | $764.74 |
| 184 | NANSEE | $68.95 |
| 185 | Narustore | $1,920.63 |
| 186 | nbfdk | $0.00 |
| 187 | nbvhufidkj | $2,585.85 |
| 188 | neixiangxianfuniumuyeyouxiangongsi | $2,349.26 |
| 189 | Never night sky | $342.70 |
| 190 | NewThangKa | $0.00 |
| 191 | NF-REAL | $536.07 |
| 192 | NGBVS | $14,533.28 |
| 193 | ngShuiShiFuCh | $1,109.45 |
| 194 | NGUYEN TUAN DUONG | $3,591.62 |
| 195 | nguyenxuanvuongsell | $75.79 |
| 196 | NI QIN | $383.55 |
| 197 | NIANAI2 | $1,656.85 |
| 198 | Niaou | $638.79 |
| 199 | NicholasHlt | $1,277.79 |
| 200 | Nie Jianjian | $2,507.79 |
| 201 | Nigel Bridges | $0.00 |
| 202 | Nina C Schaller | $11,522.73 |
| 203 | Nina Raglan | $523.31 |
| 204 | Nine Plus One Ltd | $14,416.45 |

| | | |
|---|---|---|
| 205 | NINEHASa | $7,264.69 |
| 206 | NineThing | $581.61 |
| 207 | ningmengjia | $115.45 |
| 208 | NIUOGO Direct | $183.57 |
| 209 | nn shop | $65.70 |
| 210 | Noah-Studio | $280.96 |
| 211 | NONOHANA | $0.00 |
| 212 | NonyisonDirect | $1,671.35 |
| 213 | Novelshop | $1,917.55 |
| 214 | nsdjha | $1,396.06 |
| 215 | NSMMMAG | $1,816.59 |
| 216 | NUXIANY | $3,953.04 |
| 217 | oceanCube | $4,031.28 |
| 218 | OELLWE | $1,777.81 |
| 219 | oemzlkg | $3,683.95 |
| 220 | offtggh | $0.00 |
| 221 | OiArt | $8,340.19 |
| 222 | oivio | $1,086.93 |
| 223 | Olivefox Store | $8,867.89 |
| 224 | Oliver Mark | $436.92 |
| 225 | Omega Fill | $1,348.12 |
| 226 | one cool boy | $1,431.90 |
| 227 | ONLYEEM | $342.67 |
| 228 | OO SANA NUNDCV | $348.36 |
| 229 | OPDEK6 | $2,574.81 |
| 230 | Opposo Flagship | $0.00 |
| 231 | Opwer | $195.60 |
| 232 | oubrighti | $1,640.00 |
| 233 | Our Wings | $8,201.35 |
| 234 | OUSOKE | $763.07 |
| 235 | Outdoor Auto Frames | $2,079.57 |
| 236 | Ownhome | $242.17 |
| 237 | OYAZURE BABY | $0.00 |
| 238 | P.T Store | $91.33 |
| 239 | Paddy Benedict | $0.00 |
| 240 | Page Francis | $0.00 |
| 241 | paitue store | $934.99 |
| 242 | panghaixia | $562.64 |
| 243 | PAQISEN | $47.01 |
| 244 | PARELTEECO | $47.46 |
| 245 | PassionWear | $1,131.98 |

| 246 | pengyiwujin | $429.54 |
|-----|-------------|---------|
| 247 | Petpany | $3,274.19 |
| 248 | PHAM THI THANH NHAN STORE | $1,792.17 |
| 249 | Philip C. Williams | $2,951.81 |
| 250 | SZSDIBO(5-9days delivery) | $1,532.66 |