# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| GRUMPY CAT LIMITED, | ) |
|     Plaintiff, | ) Case No.: 20-cv-7245 |
| | ) Hon. Steven C. Seeger |
| v. | ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) |
|     Defendants. | ) |

## STATEMENT

Pursuant to the Court's Order of February 3, 2021 [Dkt. No. 44], Plaintiff submits the accompanying Schedule listing all pending lawsuits filed by Grumpy Cat Limited in the Northern District of Illinois by case number and presiding judge.

Respectfully submitted,

Dated: February 12, 2021     By:    s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com

Attorneys for Plaintiff
GRUMPY CAT LIMITED

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Statement was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on February 12, 2021.

                                                  s/Michael A. Hierl

## CERTIFICATE OF PROOFREADING

Undersigned counsel have carefully and personally read the foregoing Statement and given it a close proofread. To the best of our ability, the filing does not contain any typographical errors, formatting problems, or other mistakes or inaccuracies.

                                                  s/Michael A. Hierl

                                                  s/William B. Kalbac