## **SCHEDULE**

| Case No. | Presiding Judge |
|---|---|
| 20-cv-5999 | Virginia M. Kendall |
| 20-cv-6022 | Jorge L. Alonso |
| 20-cv-6025 | John F. Kness |
| 20-cv-7152 | Matthew F. Kennelly |
| 20-cv-7174 | Edmond E. Chang |
| 20-cv-7218 | John Robert Blakey |
| 20-cv-7245 | Steven C. Seeger |
| 20-cv-7272 | Virginia M. Kendall |
| 20-cv-7300 | Gary S. Feinerman |
| 20-cv-7325 | Andrea R. Wood |
| 21-cv-0214 | Robert M. Dow, Jr. |
| 21-cv-0238 | John Robert Blakey |