IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRUMPY CAT LIMITED, ) | |
| ) | |
| Plaintiff, ) | Case No.: 20-cv-7245 |
| ) | |
| ) | Hon. Steven C. Seeger |
| v. ) | |
| ) | |
| THE INDIVIDUALS, CORPORATIONS, ) | |
| LIMITED LIABILITY COMPANIES, ) | |
| PARTNERSHIPS AND UNINCORPORATED ) | |
| ASSOCIATIONS IDENTIFIED ) | |
| ON SCHEDULE A HERETO, ) | |
| ) | |
| Defendants. ) | |

## STATEMENT

Pursuant to the Court order of March 8, 2021 [Dkt. No. 61], Plaintiff GRUMPY CAT LIMITED submits the accompanying updated list of defendants remaining in the case.

Respectfully submitted,

Dated: March 10, 2021        By:    s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com

Attorneys for Plaintiff
GRUMPY CAT LIMITED

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Statement was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on March 10, 2021.

s/Michael A. Hierl

## CERTIFICATE OF PROOFREADING

Undersigned counsel have carefully and personally read the foregoing Statement and given it a close proofread. To the best of our ability, the filing does not contain any typographical errors, formatting problems, or other mistakes or inaccuracies.

s/Michael A. Hierl

s/William B. Kalbac