**SCHEDULE A**

| | |
|---|---|
| 1 | LRahigh |
| 2 | OUBEY |
| 3 | HeKuaFanJianZhuCaiLiaoYouXianGongSi |
| 4 | Li Tian Zhao |
| 5 | Li Wei 514562 |
| 6 | Li Zhan Guo |
| 7 | Li Zhi Zhong |
| 8 | liangdafa |
| 9 | lianghaogoog |
| 10 | liangwenzhen |
| 11 | LIAOSHAO |
| 12 | Liaoxi Terracotta Art Inheritance Industry in Liaoning Province |
| 13 | Liberated 4 Ever |
| 14 | lichengjutoukuajing |
| 15 | lichengqushaocongcongfuzhuangdian |
| 16 | lidbgpan |
| 17 | lidianjiaUS |
| 18 | LIFANM |
| 19 | Lihan E-Commerce |
| 20 | LIHUIXIAN |
| 21 | LIKElinywen |
| 22 | LILILOVE-SHOP |
| 23 | LILIPH |
| 24 | Lillian Peter |
| 25 | lin bo |
| 26 | linaen |
| 27 | Linda's Graphics |
| 28 | Linetyoaes-Store |
| 29 | LINGMAOSEEE |
| 30 | LINGSY |
| 31 | Linqiang |
| 32 | LINXIAMINopen |
| 33 | linyishilanss |
| 34 | LINYWENgood |
| 35 | Lionpapa |
| 36 | litianLuo |
| 37 | Liu Jia Ling |
| 38 | Liu Ting Chao1 |
| 39 | liudainc |
| 40 | liudongjie19911 |
| 41 | liuKen |

**SCHEDULE A**

| 42 | LIULIQIU |
|----|----------|
| 43 | LIUXINF |
| 44 | liuxinxiang1989 |
| 47 | liyafei |
| 48 | liyaowei |
| 49 | Liyo-Trade |
| 50 | LIYUYIN |
| 51 | LIZHEL |
| 53 | LKAIZHA |
| 54 | LMFLY |
| 55 | Locacus |
| 57 | Lohebhuic |
| 58 | Lois C Amador |
| 60 | longli 21 |
| 61 | longshaquyiniuxingbaihuoshangdian |
| 62 | long-withering |
| 63 | LONKSWX |
| 64 | LOOE NBE |
| 65 | Lorvies |
| 66 | LOSUMIGE DESIGN |
| 67 | LOUIS MARSDEN |
| 68 | Louise Anderson |
| 71 | LOVEZIE |
| 72 | LR BEFAY |
| 74 | LSYSXZDZSWYX |
| 75 | ltgyth |
| 76 | LTRENDY-US |
| 77 | Lucky1 |
| 78 | Luckyangels |
| 79 | Lucy Delia |
| 80 | lufeilong |
| 82 | LuLu Life House |
| 83 | Luncus |
| 84 | Luo Ru Le |
| 86 | luoxiaoming |
| 87 | Lutherhous |
| 88 | luvolux |
| 89 | LuWeiHaiShen |
| 90 | LUXA BAYKO |
| 91 | luyuhui |
| 92 | lv chen xiang |
| 93 | LWEIBI |

<u>SCHEDULE A</u>

| 94 | lx-black- watermelon store |
|---|---|
| 95 | LXIAOL |
| 96 | Lxyh |
| 97 | LYBZS |
| 98 | Lyheller |
| 99 | LZHOFA |
| 100 | Macheep |
| 102 | Mademai |
| 103 | Magic in the Water |
| 104 | Magic Venus |
| 105 | Magnve |
| 106 | MAGO. |
| 108 | Make progress every day |
| 109 | MAMEIL |
| 110 | Manduo E |
| 111 | maohengshangmao |
| 112 | MaoLong |
| 113 | maopao |
| 114 | Marble-Art |
| 115 | Marfvin |
| 116 | Maria Gaskill |
| 117 | Marissa Thomas |
| 118 | MarissaGPinkham |
| 119 | mark mark |
| 120 | Marteylink |
| 121 | MARTHLORES |
| 122 | Mary R Grant |
| 123 | MASON ARCHER |
| 124 | MASUIH |
| 125 | Matrix King |
| 126 | MatsuriStore |
| 127 | MAutumn |
| 128 | Max&Mori |
| 129 | Maxine J Berkey |
| 130 | MaXuewen |
| 131 | MDPOEG |
| 132 | Meadomns |
| 134 | medieval |
| 136 | Meiliwanju |
| 137 | meixinyuan |
| 138 | MeiZhouShiMeiXianQuZhaiXiangMeiShiDian |
| 139 | MELISSA NORTON |

<u>SCHEDULE A</u>

| | |
|---|---|
| 140 | MENG LING |
| 141 | MengYinCheZhiAnQiCheMaoYiYouXianGongSi |
| 142 | Miao Yi |
| 143 | MiaoMeiMaoYi |
| 144 | Miaoshuyu |
| 145 | MichaelJAmbrosino |
| 146 | midouwangluokeji |
| 147 | mififthday |
| 148 | MIFSOIAVV |
| 149 | MIGAGA |
| 150 | MiiyarHome |
| 151 | MiMosa Elves |
| 152 | Minalo |
| 153 | ming cheng tian jin |
| 154 | mingzhushanmao |
| 155 | MinQuan |
| 156 | MirandaHopeGift |
| 158 | MKOK |
| 159 | MOASTORY |
| 160 | MOBEITI |
| 161 | moertaikeis |
| 162 | Moira Carey |
| 163 | Mokale |
| 164 | Molina-Co |
| 165 | Molly Flower |
| 166 | MoMoka-Stylelife |
| 168 | Monroda |
| 170 | Mosadrafeng |
| 171 | MOTINE |
| 172 | Mozenou |
| 173 | MRss |
| 174 | MulanBrave |
| 175 | MUSEDAY |
| 176 | mxsksdslds |
| 177 | MyHeartWillGoOn |
| 179 | NAINpro |
| 180 | Nami Lovely |
| 181 | nanjingshunweirendianzishangwuyouxiangongsi |
| 182 | nanjingteqingshangmaoyouxiangongsi |
| 183 | Nanningjihongkunshangmaoyouxiangongsi |
| 184 | NANSEE |
| 185 | Narustore |

**SCHEDULE A**

| | |
|---|---|
| 186 | nbfdk |
| 188 | neixiangxianfuniumuyeyouxiangongsi |
| 189 | Never night sky |
| 190 | NewThangKa |
| 191 | NF-REAL |
| 192 | NGBVS |
| 193 | ngShuiShiFuCh |
| 194 | NGUYEN TUAN DUONG |
| 195 | nguyenxuanvuongsell |
| 197 | NIANAI2 |
| 198 | Niaou |
| 199 | NicholasHlt |
| 200 | Nie Jianjian |
| 201 | Nigel Bridges |
| 202 | Nina C Schaller |
| 203 | Nina Raglan |
| 204 | Nine Plus One Ltd |
| 205 | NINEHASa |
| 206 | NineThing |
| 207 | ningmengjia |
| 208 | NIUOGO Direct |
| 209 | nn shop |
| 210 | Noah-Studio |
| 211 | NONOHANA |
| 212 | NonyisonDirect |
| 213 | Novelshop |
| 214 | nsdjha |
| 215 | NSMMMAG |
| 216 | NUXIANY |
| 217 | oceanCube |
| 218 | OELLWE |
| 219 | oemzlkg |
| 220 | offtggh |
| 221 | OiArt |
| 222 | oivio |
| 223 | Olivefox Store |
| 224 | Oliver Mark |
| 225 | Omega Fill |
| 226 | one cool boy |
| 227 | ONLYEEM |
| 228 | OO SANA NUNDCV |
| 229 | OPDEK6 |

**SCHEDULE A**

| | |
|---|---|
| 230 | Opposo Flagship |
| 231 | Opwer |
| 232 | oubrighti |
| 233 | Our Wings |
| 234 | OUSOKE |
| 235 | Outdoor Auto Frames |
| 237 | OYAZURE BABY |
| 238 | P.T Store |
| 239 | Paddy Benedict |
| 240 | Page Francis |
| 241 | paitue store |
| 242 | panghaixia |
| 243 | PAQISEN |
| 244 | PARELTEECO |
| 245 | PassionWear |
| 246 | pengyiwujin |
| 247 | Petpany |
| 248 | PHAM THI THANH NHAN STORE |
| 249 | Philip C. Williams |
| 250 | SZSDIBO(5-9days delivery) |