IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GRUMPY CAT LIMITED, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 20-cv-7245 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| THE INDIVIDUALS, CORPORATIONS, | ) | |
| LIMITED LIABILITY COMPANIES, | ) | |
| PARTNERSHIPS, AND | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE A HERETO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT INITIAL STATUS REPORT UNDER RULE 26(f)**

The parties have conferred as required by Rule 26(f), and jointly submit the following discovery plan.

**I.     Nature of the Case**

    A.    Plaintiff is represented by Michael A. Hierl and William B. Kalbac of Hughes Socol Piers Resnick & Dym, Ltd., Chicago, IL. Michael A. Hierl is the lead trial attorney for Plaintiff. Defendant No. 156 "MirandaHopeGift" a/k/a "RioM" is represented by Cory Jay Rosenbaum of Rosenbaum Famularo, P.C., Long Beach, NY. Defendant No. 112 "Maolong" is represented by Shengmao Mu of Whitewood Law PLLC, New York, NY.

    B.    The Court has original subject matter jurisdiction over the claims in this action pursuant to the provisions of the Lanham Act, 15 U.S.C. § 1051 et seq., the Copyright Act, 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1338(a)-(b) and 28 U.S.C. § 1331. This Court has jurisdiction over the claims in this action that arise under the laws of the State of Illinois pursuant to 28 U.S.C. § 1367(a), because the state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

    C.    Plaintiff has filed this action to combat the infringement of Plaintiff's GRUMPY CAT trademarks (Registration Nos. 4,907,212; 5,516,378; 4,820,434; 4,417,549; 4,672,289; 5,073,528; 4,527,097; 4,930,286 and 4,907,213). The named Defendants operate online stores which appear to be selling Plaintiff's products.

D. Plaintiff asserts the following claims in its complaint: Count I-Trademark Infringement and Counterfeiting (15 U.S.C. § 1114); Count II-False Designation of Origin (15 U.S.C. § 1125(a)); Count III-Copyright Infringement (17 U.S.C. §501(a)); and Count IV-Violation of Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510/1, et seq.). Defendant No. 156 "MirandaHopeGift" a/k/a "RioM" has filed an Answer [Dkt. No. 57] and the following affirmative defenses: estoppel and acquiescence, prior downstream or implied license and concurrent use.

E. Whether Defendants have violated Plaintiff's intellectual property rights.

F. Whether Defendants have violated Plaintiff's intellectual property rights.

G. Plaintiff is seeking (1) to prevent Defendants from infringing Plaintiff's intellectual property rights and (2) the turnover of assets held by e-commerce platforms relating to those stores.

H. Plaintiff served the Defendants with the Summons, Complaint, Temporary Restraining Order, Motion for Entry of a Preliminary Injunction Order, Memorandum in Support of Entry of Preliminary Injunction and Preliminary Injunction Order on January 28, 2021.

II. **Discovery**

| Event | Deadline |
| --- | --- |
| Amendment to the pleadings | June 1, 2021 |
| Service of process on any "John Does" | Completed |
| Completion of Fact Discovery | August 1, 2021 |
| Disclosure of Plaintiff's Expert Report(s) | September 1, 2021 |
| Deposition of Plaintiff's Expert | November 1, 2021 |
| Disclosure of Defendant's Expert Report(s) | September 1, 2021 |
| Deposition of Defendant's Expert | November 1, 2021 |

| Dispositive Motions | February 1, 2022 |
|---|---|

      B.      It has not been determined how many depositions will be taken at this time.

      C.      The parties do not foresee any special issues during discovery.

      D.      The parties have not discussed a discovery plan.

**III.** **Trial**

      A.      None of the parties have demanded a jury trial.

      B.      A trial is estimated to take several days.

**IV.** **Settlement, Referrals, and Consent**

      A.      The parties are currently engaged in settlement discussions and may resolve this matter. Plaintiff has made a written settlement demand and Defendants have responded in writing.

      B.      The parties do not request a settlement conference before this Court or the Magistrate Judge.

      C.      Counsel has informed their respective clients about the possibility of proceeding before the assigned Magistrate Judge for all purposes, including trial and entry of final judgment. The parties do not consent to this procedure.

**V.** **Other**

      A.      Plaintiff has nothing further for the Court.

      B.      Defendants have nothing further for the Court.

Respectfully submitted,

Dated: March 15, 2021

By: s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com
wkalbac@hsplegal.com
Attorneys for Plaintiff
GRUMPY CAT LIMITED

s/Shengmao Mu
Shengmao Mu
Whitewood Law Pllc
57 West, 57th Street
3rd and 4th Floors
New York, NY 10019
(917) 858-8018 Telephone
mousamuel@whitewoodlaw.com
Attorney for Defendant No. 112
"MaoLong"

s/Cory Jay Rosenbaum
Cory Jay Rosenbaum
Rosenbaum Famularo, P.C.
100 West Park Avenue
Suite 310
Long Beach, NY 11561
(212) 256-1109 Telephone
cjr@amazonsellerslawyer.com
Attorney for Defendant No. 156
"MirandaHopeGift" a/k/a "RioM"