IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRUMPY CAT LIMITED, ) | |
| ) | Case No. 20-cv-7245 |
| Plaintiff, ) | |
| ) | |
| ) | Hon. Steven C. Seeger |
| v. ) | |
| ) | |
| THE INDIVIDUALS, CORPORATIONS, ) | |
| LIMITED LIABILITY COMPANIES, ) | |
| PARTNERSHIPS AND UNINCORPORATED ) | |
| ASSOCIATIONS IDENTIFIED ) | |
| ON SCHEDULE A HERETO, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff GRUMPY CAT LIMITED hereby dismisses with prejudice all causes of action in the complaint as to certain Defendants identified below and in Schedule A. No motions are pending relative to these Defendants. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 36 | litianLuo |
| 41 | liuKen |
| 55 | Locacus |
| 77 | Lucky1 |
| 83 | Luncus |
| 104 | Magic Venus |
| 106 | MAGO. |
| 113 | maopao |
| 134 | medieval |
| 152 | Minalo |
| 171 | MOTINE |
| 202 | Nina C Schaller |
| 221 | OiArt |
| 222 | oivio |
| 241 | paitue store |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

A list of the Defendants remaining in the case is attached as Amended Schedule A.

                                                Respectfully submitted,

Dated: May 6, 2021                By:    s/Michael A. Hierl
                                                            Michael A. Hierl (Bar No. 3128021)
                                                             William B. Kalbac (Bar No. 6301771)
                                                             Hughes Socol Piers Resnick & Dym, Ltd.
                                                             Three First National Plaza
                                                             70 W. Madison Street, Suite 4000
                                                             Chicago, Illinois 60602
                                                             (312) 580-0100 Telephone
                                                             mhierl@hsplegal.com

                                                             Attorneys for Plaintiff
                                                             GRUMPY CAT LIMITED

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on May 6, 2021.

                                                s/Michael A. Hierl

**CERTIFICATE OF PROOFREADING**

Undersigned counsel have carefully and personally read the foregoing Notice of Dismissal and given it a close proofread. To the best of our ability, the filing does not contain any typographical errors, formatting problems, or other mistakes or inaccuracies.

                                                s/Michael A. Hierl

                                                s/William B. Kalbac

                                                s/Robert P. McMurray