UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRUMPY CAT LIMITED, ) | |
| ) | |
| Plaintiff, ) | Case No. 20-cv-7245 |
| ) | |
| v. ) | Hon. Steven C. Seeger |
| ) | |
| THE INDIVIDUALS, CORPORATIONS, ) | |
| LIMITED LIABILITY COMPANIES, ) | |
| PARTNERSHIPS, AND UNINCOPORATED ) | |
| ASSOCIATIONS IDENTIFIED ON ) | |
| SCHEDULE A HERETO, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT ORDER**

GRUMPY CAT LIMITED filed this action against the Defendants identified in the attached Amended Schedule A and using the Defendant Domain Names and Online Marketplace Accounts (collectively, the "Defendant Internet Stores"). Plaintiff moved for entry of default and default judgment against the Defendants identified in Amended Schedule A attached hereto (collectively, the "Defaulting Defendants"). *See* Dkt. No. 78.

The Court notes that Plaintiff properly completed service of process on Defaulting Defendants by providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors. Plaintiff provided notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and afford them the opportunity to answer and present their objections.

None of the Defaulting Defendants have properly answered the Complaint or appeared in any way, and the time for answering the Complaint has expired. The Court thus makes the

1

following findings and awards the following relief.

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as stated in this Order, that Defaulting Defendants are in default, and that this Final Judgment is entered against Defaulting Defendants.

The Court finds (at least without an adversarial presentation) that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products bearing counterfeit versions of GRUMPY CAT LIMITED trademarks which are protected by U.S. Trademark Registration Nos. 4,907,212; 5,516,378; 4,820,434; 4,417,549; 4,672,289; 5,073,528; 4,527,097; 4,930,286 and 4,907,213 and Copyright Registration Nos. VA 1-911-607, VA 1-882-406, VA 1-963-544, VA 1-996-074, VA 2-023-702, VA 2-111-353, VA 2-134-675, VA 1-886-880, VA 1-966-135, VA 1-941-449, VA 2-008-316, VA 1-962-679, TX 8-617-793, VA 1-939-990, VA 1-899-887, VA 1-901-628, VA 1-859-983, VA 1-849-042, VA 1-849-044 and VA 1-849-043 (the "GRUMPY CAT Trademarks and Copyrights")).

The Court also finds that Defaulting Defendants are liable for federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), copyright infringement (17 U.S.C. § 101 et seq.) and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 et seq.).

Under 15 U.S.C. § 1117(c)(2) and 17 U.S.C. § 504(c), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one thousand dollars

3

($1,000) for use of counterfeit GRUMPY CAT Trademarks and GRUMPY CAT Copyrights on products sold through the Defendant Internet Stores.

As required by the Seventh Circuit, the Court is entering a permanent injunction in a separate document. *See MillerCoors LLC v. Anheuser-Busch Companies, LLC*, 940 F.3d 922 (7th Cir. 2019).

Plaintiff can enforce this judgment as provided in the Federal Rules of Civil Procedure.

Date: May 19, 2021

Steven C. Seeger
United States District Judge

## AMENDED SCHEDULE A

| No. | Defendant Name / Alias |
|---|---|
| 3 | HeKuaFanJianZhuCaiLiaoYouXianGongSi |
| 5 | Li Wei 514562 |
| 7 | Li Zhi Zhong |
| 8 | liangdafa |
| 9 | lianghaogoog |
| 12 | Liaoxi Terracotta Art Inheritance Industry in Liaoning Province |
| 13 | Liberated 4 Ever |
| 15 | lichengqushaocongcongfuzhuangdian |
| 16 | lidbgpan |
| 17 | lidianjiaUS |
| 18 | LIFANM |
| 19 | Lihan E-Commerce |
| 20 | LIHUIXIAN |
| 21 | LIKElinywen |
| 22 | LILILOVE-SHOP |
| 23 | LILIPH |
| 24 | Lillian Peter |
| 25 | lin bo |
| 26 | linaen |
| 27 | Linda's Graphics |
| 28 | Linetyoaes-Store |
| 29 | LINGMAOSEEE |
| 31 | Linqiang |
| 32 | LINXIAMINopen |
| 33 | linyishilanss |
| 34 | LINYWENgood |
| 39 | liudainc |
| 40 | liudongjie19911 |
| 43 | LIUXINF |
| 44 | liuxinxiang1989 |
| 49 | Liyo-Trade |
| 50 | LIYUYIN |
| 51 | LIZHEL |
| 53 | LKAIZHA |
| 54 | LMFLY |
| 58 | Lois C Amador |
| 60 | longli 21 |

| | |
|---|---|
| 61 | longshaquyiniuxingbaihuoshangdian |
| 62 | long-withering |
| 64 | LOOE NBE |
| 66 | LOSUMIGE DESIGN |
| 67 | LOUIS MARSDEN |
| 71 | LOVEZIE |
| 72 | LR BEFAY |
| 74 | LSYSXZDZSWYX |
| 75 | ltgyth |
| 78 | Luckyangels |
| 79 | Lucy Delia |
| 80 | lufeilong |
| 82 | LuLu Life House |
| 89 | LuWeiHaiShen |
| 90 | LUXA BAYKO |
| 93 | LWEIBI |
| 94 | lx-black- watermelon store |
| 95 | LXIAOL |
| 96 | Lxyh |
| 99 | LZHOFA |
| 100 | Macheep |
| 102 | Mademai |
| 103 | Magic in the Water |
| 108 | Make progress every day |
| 109 | MAMEIL |
| 110 | Manduo E |
| 111 | maohengshangmao |
| 112 | MaoLong |
| 114 | Marble-Art |
| 116 | Maria Gaskill |
| 117 | Marissa Thomas |
| 118 | MarissaGPinkham |
| 119 | mark mark |
| 121 | MARTHLORES |
| 122 | Mary R Grant |
| 124 | MASUIH |
| 125 | Matrix King |
| 126 | MatsuriStore |
| 128 | Max&Mori |
| 129 | Maxine J Berkey |
| 130 | MaXuewen |

| | |
|---|---|
| 131 | MDPOEG |
| 132 | Meadomns |
| 136 | Meiliwanju |
| 138 | MeiZhouShiMeiXianQuZhaiXiangMeiShiDian |
| 140 | MENG LING |
| 141 | MengYinCheZhiAnQiCheMaoYiYouXianGongSi |
| 142 | Miao Yi |
| 143 | MiaoMeiMaoYi |
| 144 | Miaoshuyu |
| 145 | MichaelJAmbrosino |
| 146 | midouwangluokeji |
| 148 | MIFSOIAVV |
| 149 | MIGAGA |
| 150 | MiiyarHome |
| 151 | MiMosa Elves |
| 153 | ming cheng tian jin |
| 154 | mingzhushanmao |
| 155 | MinQuan |
| 156 | MirandaHopeGift |
| 158 | MKOK |
| 159 | MOASTORY |
| 160 | MOBEITI |
| 161 | moertaikeis |
| 162 | Moira Carey |
| 163 | Mokale |
| 164 | Molina-Co |
| 165 | Molly Flower |
| 166 | MoMoka-Stylelife |
| 170 | Mosadrafeng |
| 172 | Mozenou |
| 173 | MRss |
| 176 | mxsksdslds |
| 177 | MyHeartWillGoOn |
| 181 | nanjingshunweirendianzishangwuyouxiangongsi |
| 182 | nanjingteqingshangmaoyouxiangongsi |
| 184 | NANSEE |
| 185 | Narustore |
| 186 | nbfdk |
| 188 | neixiangxianfuniumuyeyouxiangongsi |
| 189 | Never night sky |
| 190 | NewThangKa |

6

| | |
|---|---|
| 191 | NF-REAL |
| 194 | NGUYEN TUAN DUONG |
| 195 | nguyenxuanvuongsell |
| 197 | NIANAI2 |
| 200 | Nie Jianjian |
| 201 | Nigel Bridges |
| 203 | Nina Raglan |
| 204 | Nine Plus One Ltd |
| 205 | NINEHASa |
| 206 | NineThing |
| 207 | ningmengjia |
| 208 | NIUOGO Direct |
| 209 | nn shop |
| 210 | Noah-Studio |
| 211 | NONOHANA |
| 213 | Novelshop |
| 214 | nsdjha |
| 215 | NSMMMAG |
| 216 | NUXIANY |
| 217 | oceanCube |
| 218 | OELLWE |
| 219 | oemzlkg |
| 220 | offtggh |
| 224 | Oliver Mark |
| 225 | Omega Fill |
| 227 | ONLYEEM |
| 228 | OO SANA NUNDCV |
| 230 | Opposo Flagship |
| 231 | Opwer |
| 232 | oubrighti |
| 233 | Our Wings |
| 234 | OUSOKE |
| 235 | Outdoor Auto Frames |
| 237 | OYAZURE BABY |
| 238 | P.T Store |
| 239 | Paddy Benedict |
| 242 | panghaixia |
| 243 | PAQISEN |
| 244 | PARELTEECO |
| 245 | PassionWear |
| 246 | pengyiwujin |

| 248 | PHAM THI THANH NHAN STORE |
|---|---|