IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRUMPY CAT LIMITED, ) | |
| ) | Case No. 20-cv-7245 |
| Plaintiff, ) | |
| ) | Hon. Steven C. Seeger |
| v. ) | |
| ) | |
| THE INDIVIDUALS, CORPORATIONS, ) | |
| LIMITED LIABILITY COMPANIES, ) | |
| PARTNERSHIPS AND ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE A HERETO,) | |
| ) | |
| Defendants. ) | |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on May 19, 2021 [Dkt. No. 90] in favor of Plaintiff GRUMPY CAT LIMITED ("Plaintiff") and against the Defendants identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| **Doe No.** | **Seller Name** |
|---|---|
| 79 | Lucy Delia |
| 112 | MaoLong |
| 148 | MIFSOIAVV |
| 149 | MIGAGA |
| 159 | MOASTORY |
| 160 | MOBEITI |
| 162 | Moira Carey |
| 163 | Mokale |
| 205 | NINEHASa |
| 216 | NUXIANY |

Therefore, full and complete satisfaction of said judgment as to above-identified Defendants is hereby acknowledged and the Clerk of the Court is hereby authorized and requested to make an entry of the full and complete satisfaction on the docket accordingly.

DATED: May 25, 2021

Respectfully submitted,

/s/ *Michael A. Hierl*
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
70 W. Madison Street, Suite#4000
Chicago, Illinois 60602
Telephone: (312) 580-0100
Facsimile: (312) 580-1994
Email: mhierl@hsplegal.com
Email: wkalbac@hsplegal.com

Attorneys for Plaintiff
GRUMPY CAT LIMITED

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Satisfaction of Judgment was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on May 25, 2021.

s/Michael A. Hierl